UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:     CENTRAL LOUISIANA GRAIN     BANKRUPTCY CASE NO.
COOPERATIVE, INC.
DEBTOR     08-80475

**OBJECTION BY CHAPTER 7 TRUSTEE TO**
**PROOF OF CLAIM FILED BY DOUGLAS FARMS**

Now into court through undersigned counsel comes Thomas R. Willson, the Standing Chapter 7 Trustee, who objects to the Proof of Claim filed by Douglas Farms for the reasons set forth below:

1.

Debtor filed a Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code on April 10, 2008.

2.

Ted Brett Brunson was appointed Chapter 7 Trustee and then resigned as Trustee on May 7, 2008.

3.

Thomas R. Willson was appointed Chapter 7 Trustee on May 7, 2008.

4.

The 341 meeting of creditors was set for May 6, 2008 and was subsequently rescheduled and held on June 3, 2008.

5.

No Committee of Unsecured Creditors or Equity Holders has been requested or formed.

6.

By Order dated May 1, 2008 Ted Brett Brunson employed John Luster as special counsel to the Trustee.

7.

By Order dated May 12, 2008 Stephen D. Wheelis and the firm of Wheelis & Rozanski were employed to represent Thomas R. Willson, Trustee.

8.

By Order dated May 15, 2008 John W. Luster withdrew as special counsel for the Chapter 7 Trustee.

9.

By notice dated April 29, 2008 (docket #81) the Clerk advised all creditors and parties in interest of the need to file Proofs of Claim. The notice established a Bar Date for claims for July 30, 2008.

10.

The notice clearly provided that "creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate."

11.

A copy of the Notice of Need to File Proof of Claim Due to Recovery of Assets is incorporated herein by reference as if fully set forth.

12.

The Claims Register of this Court for case number 08-80475 is incorporated herein by reference as if fully set forth.

13.

Douglas Farms filed a Proof of Claim August 5, 2008 and dated August 5, 2008 in the amount of $160,398.53 bearing claim number 34 on the Claims Register of this Court.

14.

The basis for the claim is stated to be "corn contracts".

15.

The Trustee shows that the claim was filed after the Bar Date for the filing of Proofs of Claim and is not timely.

16.

Further, the supporting documentation for the claim consists of copies of purchase contracts but does not contain any evidence of actual shipment or delivery to the Debtor.

17.

The Trustee is unable to determine whether or not the claim is properly documented and substantiated.

**WHEREFORE THE CHAPTER 7 TRUSTEE THOMAS R. WILLSON PRAYS** that this objection be deemed good and sufficient and that the Proof of Claim filed by Douglas Farms be deemed disallowed.

Respectfully submitted,

**WHEELIS & ROZANSKI**

By: /s/ Stephen D. Wheelis
    Stephen D. Wheelis #17205
    Richard A. Rozanski #22583
    P.O. Box 13199
    Alexandria, Louisiana 71315-3199
    318/445-5600
**ATTORNEYS FOR THOMAS R. WILLSON, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Objection to Proof of Claim has been served upon Debtor, Central Louisiana Grain Cooperative, Inc., P.O. Box 748, Boyce, LA 71409; Chapter 7 Trustee, Thomas R. Willson, P. O. Drawer 1630, Alexandria, LA 71309-1630; Office of U.S. Trustee, 300 Fannin St., Ste. 3196, Shreveport, LA 71101; Douglas Farms c/o Bo Douglas, 3105 Anadale Rd., Alexandria, LA 71301 by placing a copy of same in the United States mail postage prepaid.

Alexandria, Louisiana this 11th day of December, 2009.

/s/ Stephen D. Wheelis
OF COUNSEL