UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:   CENTRAL LOUISIANA GRAIN          BANKRUPTCY CASE NO.
         COOPERATIVE, INC.
         DEBTOR                            08-80475

### NOTICE OF HEARING ON OBJECTION BY CHAPTER 7 TRUSTEE
### TO PROOF OF CLAIM FILED BY DOUGLAS FARMS

**NOTICE IS HEREBY** given that a hearing on the objection of **CHAPTER 7 TRUSTEE, THOMAS R. WILLSON** to Proof of Claim filed by Douglas Farms is to be held on January 20, 2010 at 9:30 a.m. in the U. S. Bankruptcy Court, 300 Jackson Street, Alexandria, LA 71301, **IF AND ONLY IF,** an objection is filed within seven (7) days from the scheduled hearing with the Clerk, United States Bankruptcy Court, and a copy of such objection is served upon counsel indicated below.

Alexandria, Louisiana this 11th day of December, 2009.

Respectfully submitted,

**WHEELIS & ROZANSKI**

By: /s/ Stephen D. Wheelis
    Stephen D. Wheelis #17205
    Richard A. Rozanski #22583
    P.O. Box 13199
    Alexandria, Louisiana 71315-3199
    318/445-5600
**ATTORNEYS FOR CHAPTER 7 TRUSTEE,
THOMAS R. WILLSON**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Notice of Hearing on Objection to Claim has been forwarded to and has on this date been served by United States Mail, postage prepaid and properly addressed to Debtor, Central Louisiana Grain Cooperative, Inc., P.O. Box 748, Boyce, LA 71409; Chapter 7 Trustee, Thomas R. Willson, P. O. Drawer 1630, Alexandria, LA 71309-1630; Office of U.S. Trustee, 300 Fannin St., Ste. 3196, Shreveport, LA 71101; Douglas Farms c/o Bo Douglas, 3105 Anadale Rd., Alexandria, LA 71301 by placing a copy of same in the United States Mail, postage pre-paid.

Alexandria, Louisiana this 11th day of December, 2009.

/s/ Stephen D. Wheelis
OF COUNSEL